

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Michael F. Davio*  *Suite 400*  *DIRECT: 410-209-4985*
*Special Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Michael.Davio@usdoj.gov*  *Baltimore, MD 21201-3119*

June 15, 2020

The Honorable Judge Catherine C. Blake
United States District Judge
101 W Lombard St
Baltimore, MD 21201

    *VIA ELECTRONIC FILING*

    Re:    Status Report: *United States v. Jason Marquis Smith, et al.*
            Criminal No.  CCB-18-0399

Dear Judge Blake:

The Government provides this Status Report as to the remaining defendants for which matters have not yet been rescheduled, pursuant to the Court's Order dated June 8, 2020 (ECF No. 162).

Defendants Stephen Waddy-Bey and Darrien Cook are amenable to rescheduling their rearraignment and sentencing, respectively, in July or August, to be held in person or remotely, if necessary. Defendant Jason Smith requests a sentencing date in late August and does not wish to waive his right to an in-person hearing.

The Government does not believe a conference is necessary, however, respectfully requests that the Court suggest dates by email for which these hearings may be rescheduled.

                        Very truly yours,

                        Robert K. Hur
                        United States Attorney

                        Michael F. Davio
                        Special Assistant United States Attorney

cc: All counsel of record, via ECF